1 | EILEEN M. DECKER
United States Attorney
2 | DOROTHY A. SCHOUTEN
Chief, Civil Division
3 | SUSAN L. SMITH, CSBN 253808
Special Assistant United States Attorney
4 |    160 Spear Street, Suite 800
San Francisco, California  94105
5 |    Tel:  (415) 977-8973
Fax:  (415) 744-0134
6 |    Email:  Susan.L.Smith@ssa.gov

7 | Attorneys for Defendant Carolyn W. Colvin,
         Acting Commissioner of Social Security
8 |

JS-6

9 |

10 |

11 |

                    UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF CALIFORNIA
                        SOUTHERN DIVISION

12 | RANDALL THOMAS,                       )  No.  8:15-cv-01848-JCG
13 |         Plaintiff,                    )
14 |         v.                            )  **JUDGMENT OF REMAND**
15 |                                       )
     CAROLYN W. COLVIN,                    )
16 | Acting Commissioner of Social         )
     Security,                             )
17 |                                       )
18 |         Defendant.                    )
19 | _____       )

20 |        The Court having approved the parties' stipulation to remand this case

21 | pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent

22 | with that stipulation and for entry of judgment for Plaintiff, judgment is hereby

23 | entered for Plaintiff.

24 |

25 | DATED: May 13, 2016          _____

26 |                             HON. JAY C. GANDHI
                                 UNITED STATES MAGISTRATE JUDGE
27 |

28 |

-1-